**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIAN McKINN, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>　　　　Defendants. | Case No. EDCV 08-759 VAP(OPx)<br><br>**JUDGMENT ON SPECIAL VERDICT** |

　　This action came on regularly for trial on March 9, 2010, in Courtroom 2 of the above entitled Court, the Honorable Virginia A. Phillips, United States District Judge presiding. Plaintiff appeared by her attorney Robert F. Mann, and Defendants appeared by their attorneys, Dennis E. Wagner, Tristan G. Pelayes, and Risa S. Christensen.

　　A jury of eight persons was regularly impaneled and sworn to try the action. Witnesses were sworn and testified.

On March 16, 2010, after hearing the evidence, the arguments of counsel and the instructions given to the jury, a jury of eight persons retired to consider its verdict, and on March 18, 2010, returned its verdict by way of answers to the questions propounded to it, as follows:

**QUESTION NO. 1:**

Were employees or agents of Defendant County of San Bernardino Sheriff's Department deliberately indifferent to a serious medical need of Plaintiff Vivian McKinn?

\_\_\_ Yes        ✓ No

If all of you answered this Question "Yes" then the jury should answer Question No. 2.  If all of you answered this Question "No", then the jury should go to Question No. 5.

**QUESTION NO. 2:**

Did Plaintiff Vivian McKinn suffer injury, damage, loss, or harm as a result of the deliberate indifference of the employees or agents of Defendant County of San Bernardino Sheriff's Department to her serious medical needs?

\_\_\_ Yes        \_\_\_ No

2

If all of you answered this Question "Yes" then the jury should answer Question No. 3.  If all of you answered this Question "No", then the jury should go to Question No. 5.

**QUESTION NO. 3:**

Was the deliberate indifference of the employees or agents of the County of San Bernardino Sheriff's Department to a serious medical need a substantial factor in causing harm to Plaintiff Vivian McKinn?

___ Yes      ___ No

If all of you answered this Question "Yes" then the jury should answer Question No. 4.  If all of you answered this Question "No", then the jury should go to Question No. 5.

**QUESTION NO. 4:**

Did Defendant County of San Bernardino Sheriff's Department have an official policy, practice, or custom that caused its employees or agents to be deliberately indifferent to plaintiff Vivian McKinn's serious medical need?

___ Yes      ___ No

Please go to question No. 5.

**QUESTION NO. 5:**

Were employees or agents of Defendant County of San Bernardino Sheriff's Department negligent?

✓ Yes     ___ No

If all of you answered this Question "Yes", then the jury should answer Question No. 7. If all of you answered this Question "No", but "Yes" on Question No. 4, then the jury should answer Question No. 8. If all of you answered this Question "No" and "No" on Question No. 4, please sign and date the verdict form.

**QUESTION NO. 6:**

Was the negligence of Defendant County of San Bernardino's employees or agents a substantial factor in causing harm to Plaintiff Vivian McKinn?

✓ Yes     ___ No

If all of you answered this Question "Yes", then the jury should answer Question No. 7. If all of you answered this Question "No", but "Yes" on Question No. 4, then the jury should answer Question No. 8. If all of you answered this Question "No" and "No" of Question No. 4, please sign and date the verdict form.


**QUESTION NO. 7:**

Were Plaintiff Vivian McKinn's injuries caused in whole or in part by her own negligence?

__✓__ Yes    ____ No

If you answered "Yes" to either or both of Question Nos. 4 or 6, please answer Question No. 8.

**QUESTION NO. 8:**

What do you find to be the total amount of damages suffered by Plaintiff Vivian McKinn?

Answer with an amount of damages. If you find no damages, write in "None."

Total:   $100,000.00

If you answered "Yes" to Question No. 7, please answer Question No. 9. If you answered "No" to Question No. 7, please sign and date the Verdict Form.

**QUESTION NO. 9:**

Assume 100% represents the total wrongful conduct that was the cause of Plaintiff Vivian McKinn's injury, damage, loss, or harm. What percentage of this 100% is due to the wrongful conduct of the employees or agents of Defendant County of San Bernardino Sheriff's Department? What percentage of this 100% is due to Plaintiff Vivian McKinn's negligence?

```
     Employees or agents of Defendant County of San
     Bernardino Sheriff's Department:   49%
     Plaintiff Vivian McKinn:            51%
```

Please sign and date this verdict form.

signed:  _____/S/_____
            Presiding Juror
DATED:   __March 18, 2010__

It appearing by reason of the special verdict that Plaintiff is entitled to judgment against Defendants, and is entitled to costs reasonably incurred,

**NOW, THEREFORE, IT IS ADJUDGED, ORDERED AND DECREED** that: **(1)** Plaintiff recover the sum of $49,000.00 from Defendant County of San Bernardino Sheriff's Department on her claim for negligence, as set forth in Count 5 of the First Amended Complaint; **(2)** Plaintiff take nothing from any Defendant on any other claim against any Defendant in this matter; **(3)** Plaintiff recover her costs of suit on the claims set forth in Count 5 of the First Amended Complaint, as taxed by the Clerk; and **(4)** the judgment will bear interest at the judgment rate until fully satisfied.

DATED: March 24, 2010         _____
                              VIRGINIA A. PHILLIPS
                              UNITED STATES DISTRICT JUDGE